COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 9/21/26

**FILED**
**U.S. District Court**
**District of Kansas**
09/21/2026
**Clerk, U.S. District Court**
**By: MV Deputy Clerk**

United States of America,

Plaintiff,

v.

Case No. 26-10150-10-JMK

Brandy Glover,

Defendant.

JUDGE: ☐ Birzer ☒ Severson
DEPUTY CLERK: ☐ Swisher ☒ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: Katie Andrusak
DEFENSE COUNSEL: Cooper Overstreet
TAPE NO.: 9:25 - 10:13

## PROCEEDINGS

☐ Initial Appearance ☒ Detention Hearing ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3) ☐ Preliminary Hearing ☐ Pretrial Conference
☐ Sentencing ☐ Change of Plea
☐ In-Court Hearing: ____________
☐ Arraignment ☐ Reading waived ☐ Read to Defendant ☐ Not Guilty Plea Entered

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 3 ☐ Forfeiture
☒ Felony ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: ____________
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☒ Oral Motion by Government for pretrial detention is ☒ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered ☐ Bond fixed at: $ ________ ☐ Continued on present bond/conditions
☒ Detention ordered ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge ____________
☐ per the Scheduling Order of Judge ____________
☐ on ____________ at ________ ☐ a.m. ☐ p.m. before Judge ____________
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ ____________

NOTES: ____________